AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>23-8182MB | Date and time warrant executed:<br>4/19/2023 1:56 pm | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>POSTAL INSPECTORS KEENAN AND SHEPARD |||

Inventory of the property taken and name of any person(s) seized:

USPS PRIORITY MAIL PARCEL TRACKING NO. 9505 5119 4112 3105 9684 32, ADDRESSED TO FREDDIE JACKSON, 972 MANGO LOOP, TARPON SPRINGS, FL 34689 WITH A RETURN ADDRESS OF JOE JOHNSON, 500 N. METRO BLVD., CHANDLER, AZ 85225 FOUND TO CONTAIN DRYER SHEETS, PLASTIC CLEAR BAGS, AND ZIPLOC BAGS CONTAINING A WHITE, CRYSTAL SUBSTANCE WHICH FIELD TESTED POSITIVE AS APPROXIMATELY 2,500 GRAMS OF METHAMPHETAMINE.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/19/2023

*Miranda Garcia*
Executing officer's signature

Miranda Garcia/U.S. Postal Inspector
*Printed name and title*